Charles R. Toomajian III (SBN 302153)
   Email: charles.toomajian@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

[Additional Attorneys for Plaintiff Listed on Back Cover]

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TOWER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEST BEDDING, INC. and DOES 1–10,<br><br>Defendant. | Case No. 2:25-cv-02400-DC-DMC<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Stephen Tower, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against Defendant Nest Bedding, Inc. This dismissal is with prejudice as to Plaintiff Stephen Tower. The Defendant has not served an answer or a motion for summary judgment.

Dated: January 2, 2026                    Respectfully submitted,

                                          */s/ Charles R. Toomajian III*

                                          **ZIMMERMAN REED LLP**
                                          Charles R. Toomajian III (SBN 302153)
                                          1100 IDS Center
                                          80 South 8th Street
                                          Minneapolis, MN 55402
                                          Telephone: (612) 341-0400
                                          Facsimile: (612) 341-0844
                                          charles.toomajian@zimmreed.com

                                          **ZIMMERMAN REED LLP**
                                          Jessica M. Liu (SBN 358713)
                                          6420 Wilshire Blvd, Suite 1080
                                          Los Angeles, CA 90048
                                          Telephone: (877) 500-8780
                                          Facsimile: (877) 500-8781
                                          jessica.liu@zimmreed.com

                                          *Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 2:25-cv-02400-DC-DMC